UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KATHERINE G. HARNER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No.: 3:13-cv-123-WGH-RLY |
| | ) |
| DAVIESS COMMUNITY HOSPITAL | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the Stipulation of Dismissal with Prejudice filed jointly by Plaintiff, Katherine G. Harner, and Defendant, Daviess Community Hospital.

AND THE COURT being duly advised in the premises having reviewed said Stipulation, hereby DISMISSES THIS ACTION, WITH PREJUDICE.  Each party shall bear its own costs and attorney fees.

IT IS SO ORDERED this 27th day of November, 2013.

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

Copies to:

Lane C. Siesky
SIESKY LAW FIRM, P.C.
lane@sieskylaw.com

Karolina Viehe
SIESKY LAW FIRM, P.C.
karolina@sieskylaw.com

Craig M. Williams
HALL RENDER KILLIAN HEATH & LYMAN
cwilliams@hallrender.com

Jarrod A. Malone
HALL RENDER KILLIAN HEATH & LYMAN
jmalone@hallrender.com

1497001v.1